United States District Court
Southern District of Texas
**ENTERED**
July 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAUL FERNANDO FLORES FUENTES, | § | |
| | § | |
| Petitioner, | § | CIVIL ACTION NO. 4:26-cv-04611 |
| | § | |
| v. | § | |
| | § | |
| WARDEN, Montgomery Processing Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

**Within three (3) days of the date of this Order**, counsel for the petitioner must provide the petitioner's country of birth to assist the Court in locating the petitioner on ICE's *Online Detainee Locator System* and the Executive Office for Immigration Review's *Automated Case Information*.[1]

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on July 1, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge

[1] The location of a detainee in ICE custody may be found by searching for the detainee by his A-number and country of birth at ICE's Online Detainee Locator System website, available at https://locator.ice.gov/odls/#/search (last visited June 30, 2026). Further, publicly available information related to a petitioner's immigration proceedings may be found by searching for the petitioner by his A-number and nationality at the Executive Office for Immigration Review's website, available at https://acis.eoir.justice.gov/en (last visited June 30, 2026).